AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Agustin BONILLA GALVEZ<br>YOB: 1992   CITIZENSHIP: Mexico<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-19-1666-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 17, 2019** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5)(A) | Knowingly and unlawfully, being an alien, illegally or unlawfully in the United States, shipped or transported in interstate or foreign comemerce, or possessed in or affecting commerce, five hundred and twenty (520) rounds of 7.62X39 ammunition. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Shoemaker U.S. HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-18-19 - 8:06 a.h.

_____
*Judge's signature*

City and state: McAllen, Texas

Honorable Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On July 17, 2019 Department of Public Safety (DPS) Special Agents (SA) established surveillance at a business, Academy Sports, located in McAllen, Texas. DPS SA witnessed two males, one of the males being identified as Agustin BONILLA Galvez, exiting the store carrying what appeared to be a box of firearm ammunition in a plastic shopping bag. The bag was placed in the vehicle the two males were driving and the males drove the car out of the parking lot. DPS SA followed the vehicle to another Academy Sports located in Weslaco, Texas. DPS SA witnessed the two males enter the Academy sports and exit with what appeared to be a box of ammunition, then drove away in the vehicle. A DPS Trooper witnessed the vehicle fail to signal at the required distance before turning and effected a traffic stop of the vehicle.

The DPS SA along with the assistance of Alcohol, Tabaco, and Firearms (ATF) SA proceeded to interview BONILLA regarding the purchase of ammunition. BONILLA stated to the ATF SA he had purchased ammunition. ATF and DPS requested the assistance of Homeland Security Investigations (HSI) McAllen due to BONILLA stating he was an undocumented alien. HSI arrived at the scene and proceeded to interview the second male occupant of the vehicle. The second male occupant stated he purchased one box of ammunition and BONILLA had purchased another box of ammunition which contained 520 rounds of 7.62X39 ammunition. BONILLA was questioned by HSI SAs about his immigration status and stated he had entered the United States without inspection. Record checks by HSI SAs confirmed BONILLA is an undocumented alien illegally present in the United States.

On July 17, 2019, your affiant spoke with ATF SA Vinnie Rubbo, who is a recognized expert in the interstate and foreign commerce travel of firearms and ammunition. Based on the information provided to SA Rubbo about the ammunition possessed by BONILLA, SA Rubbo stated the ammunition was manufactured outside of the State of Texas and, therefore, previously traveled in the interstate or foreign commerce at some point prior to being possessed by any person in the State of Texas.